**ALLEN LEARNING CENTER v. OFFICE OF CHILD DEVELOP-MENT, No. 30-77**

June 17, 1977. Appellee's motion to dismiss appeal is granted and the purported appeal is dismissed. Everett M. Allen and Roxie M. Allen, d/b/a Allen Learning Center, of Burlington, Vermont, and her agents, servants and employees are restrained and enjoined, under penalty of law, from operating any kindergarten-nursing school facility unless and until license therefor is granted by the Office of Child Development of the State of Vermont.

**ALLEN LEARNING CENTER v. OFFICE OF CHILD DEVELOP-MENT, No. 30-77**

June 24, 1977. Appellee's motion to dismiss appeal is granted and the purported appeal is dismissed. Everett M. Allen and Roxie M. Allen, d/b/a Allen Learning Center, of Burlington, Vermont, and her agents, servants and employees are restrained and enjoined, under penalty of law, from operating any kindergarten-nursery school facility unless and until license therefor is granted by the Division of Licensing and Regulation of the Department of Social and Re-habilitation Services. See 1977 Executive Order No. 2.

**Robert F. FEIGENWINTER v. SHERBURNE CORPORATION, No. 348-76**

June 24, 1977. Appeal dismissed for lack of compliance with progress order of June 7, 1977.

**STATE of Vermont v. Frederick Joseph ANGELUCCI, No. 161-77**

June 27, 1977. The order in this case, dated June 16, 1977, reducing bail, is affirmed under 13 V.S.A. § 7556(b), the defendant having failed to demonstrate that the order was not supported by the proceedings below.

**Jeffrey FOONG and Rose Foong v. Euclide QUESNEL, No. 138-76**

June 27, 1977. Motion for Reargument and Motion for Clarification of Entry denied. Let full entry go down.

**VERMONT STATE EMPLOYEES' ASS'N., INC. v. STATE of Vermont, et al., No. 180-77**

June 30, 1977. No showing having been made that there is no adequate remedy by proceedings for extra-ordinary relief in superior court, the complaint is dismissed under the authority of V.R.A.P. 21(b).